# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

In Re: § Case No. 21-10359-tmd
§
§
§ Chapter 11
§
WC 6th and Rio Grande, LP §
§

## LIST OF CREDITORS VERIFICATION

The above named debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of their knowledge.

Natin Paul, Authorized Representative      May 4, 2021
Debtor                                     Date

[signature]

Joint Debtor                               Date

WC 6th and Rio Grande LP
814 Lavaca Street
Austin, TX 78701

Mark H. Ralston
Fishman Jackson Ronquillo PLLC
Three Galleria Tower
13155 Noel Road, Suite 700
Dallas, TX 75240

Office of the US Trustee
903 San Jacinto Boulevard
Room 230
Austin, TX 78701

COMM 2013-CR13 West 6th Street, LLC
c/o McDermott Will & Emery LLP
Attn: Mark Patterson
2501 N. Harwood Street, Suite 1900
Dallas, TX 75201

Powder Room, LLC
c/o James Dunn
4303 Island Avenue
Austin, TX 78731

Kone Elevators
PO Box 894156
Los Angeles, CA 90189-4156

Central Texas Refuse
PO Box 18685
Austin, TX 78760-8685

Federal Maintenance Inc
10000 Mula Road
Stafford, TX 77477

ABC Home and Commercial Services
9475 E Highway 290
Austin, TX 78724

AT&T
PO Box 5019
Carol Stream, IL 60197-5019

5608577.1

API
5555 North Lamar Blvd
Suite J-119
Austin, TX 78751

Geary Porter & Donovan PC
PO Box 700248
Dallas, TX 75370-0248

Alliance Tax Advisors
433 E Las Colinas Boulevard
Irving, TX 75039

5608577.1