IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WC 6TH AND RIO GRANDE, LP | § | Case No. 21-10359 |
| | § | |
| Debtor. | § | |
| | § | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

**COME NOW** Charles R. Gibbs and Eric C. Seitz of McDermott Will & Emery LLP and file this *Notice of Appearance and Demand for Service of Papers* (this "Notice") on behalf of COMM 2013-CR13 West 6th Street, LLC (the "Appearing Party") and, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 2002 (the "Bankruptcy Rules"), respectfully request that all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding, be given to and served upon the undersigned at the office, postal address, telephone and facsimile numbers and e-mail addresses listed as follows:

Charles R. Gibbs (TX Bar No. 07846300)
Eric C. Seitz (TX Bar No. 24067863)
**McDermott Will & Emery LLP**
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
crgibbs@mwe.com
eseitz@mwe.com

**PLEASE TAKE FURTHER NOTICE** that this Notice encompasses all notices, copies and pleadings referred to in section 1109(b) of the Bankruptcy Code and in Bankruptcy Rules 2002, 3017, 9007 and 9010, including, without limitation, notices of any orders, motions, demands, complaints,

1

petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect the above case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any prior or later appearance shall be deemed or construed to be a waiver of any substantive or procedural rights of the Appearing Party including, without limitation: (i) the right to have final orders in noncore matters entered only after *de novo* review by the United States District Court for the Western District of Texas (the "District Court"), (ii) the right to trial by jury in any proceedings so triable in this case or in any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs or recoupments to which the Appearing Party is or may be entitled, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until the Appearing Party expressly states otherwise, the Appearing Party does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

[*Remainder of Page Intentionally Left Blank*]

Dated: May 4 2021
      Dallas, Texas

                                  **MCDERMOTT WILL & EMERY LLP**

                                  */s/ Eric C. Seitz*
                                  Charles R. Gibbs
                                  Texas State Bar No. 7846300
                                  Eric C. Seitz
                                  Texas State Bar No. 24067863
                                  2501 North Harwood Street, Suite 1900
                                  Dallas, TX 75201-1664
                                  Telephone: (214) 295-8000
                                  Facsimile: (972) 232-3098
                                  Email: crgibbs@mwe.com
                                              eseitz@mwe.com

                                  *Counsel to COMM 2013-CR13 West 6th Street, LLC*

## **CERTIFICATE OF SERVICE**

      I certify that on May 4, 2021, I caused a true and correct copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas upon all parties of record consenting to such service and by First Class U.S. Mail as indicated below.

                                                                                 */s/ Eric C. Seitz*
                                                                                   Eric C. Seitz

| | |
|---|---|
| WC 6th and Rio Grande, LP | Office of the United States Trustee |
| 814 Lavaca Street | 903 San Jacinto Blvd. |
| Austin, Texas 78701 | Room 230 |
| ***Debtor*** | Austin, Texas 78701 |
| ***Via First Class U.S. Mail*** | ***Via First Class U.S. Mail*** |